AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

RTB for KMT/jg

# UNITED STATES DISTRICT COURT

__WESTERN__   District of   __NEW YORK__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For **Revocation** of Probation or Supervised Release) |
| Leonard Quigley | Case Number: 1:02CR00254-001 |
| | USM Number: 11498-055 |
| | Kimberly Schechter |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of charge(s)   __2__

☐ was found in violation of charge(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 2 | Cocaine Use | June 20, 2005 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated charge(s)   __1, 3, & 4__   and is discharged as to such violation(s) charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

October 28, 2005
Date of Imposition of Judgment

_/s/ John T. Elfvin_
Signature of Judge

John T. Elfvin, U.S. District Judge
Name and Title of Judge

Buffalo, N.Y. October 31, 2005
Date

AO 245D   (Rev. 12/03 Judgment in a Criminal Case for Revocations   RTB for KMT/jg
Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT: Leonard Quigley
CASE NUMBER: 1:02CR00254-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : twelve (12) months.

☒ ~~The court makes the following recommendations~~ to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL